## IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,

Appellant,

vs.

SANDSTONE COMMUNITY RECREATION, INC., A NEVADA NON-PROFIT CORPORATION,

Respondent.

No. 78779

FILED

AUG 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jerry A. Wiese, District Judge
Wright, Finlay & Zak, LLP/Las Vegas
Gordon & Rees Scully Mansukhani LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-36454